UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-CR-6-TAV-DCP |
| | ) | |
| SERGUIN DANERSY CASTRO CARIAS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Serguin D. Castro-Carias's Motion to Continue Trial Date and Relevant Deadlines [Doc. 19], filed on February 12, 2026.

Defendant asks the Court to continue the current trial date, which is set for March 10, 2026, and all related deadlines [*Id*.]. In support of his motion, Defendant states that his counsel has been involved in a good faith effort to resolve Defendant's case [*Id*. ¶ 1]. Defendant represents that "[d]espite due diligence, additional time will be required to further communicate via interpreter with [Defendant], discuss factual issues, discuss legal issues, and confer with the Government regarding a potential resolution in this matter" [*Id.*]. Defendant's counsel submits that the requested continuance best serves the ends of justice [*Id*. ¶ 2]. The motion reflects that the Government is aware of this motion and does not oppose the need for the requested continuance [*Id.* ¶ 4]. Defendant understands that the period of time between the filing of this motion for continuance and a rescheduled court date will be fully excludable for speedy trial purposes [*Id.* ¶ 3].

Based upon the information contained in the motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance

outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Counsel for Defendant needs time to communicate with Defendant, discuss factual and legal issues, confer with the Government regarding a potential resolution, and if that is not successful, otherwise prepare for trial. The Court finds that all of this cannot occur before the March 10, 2026 trial date.

The Court therefore **GRANTS** Defendant Serguin D. Castro-Carias's Motion to Continue Trial Date and Relevant Deadlines [**Doc. 19**]. The trial of this case is reset to **June 2, 2026**. A new schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the initial motion on February 12, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Serguin D. Castro-Carias's Motion to Continue Trial Date and Relevant Deadlines [**Doc. 19**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **June 2, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **February 12, 2026**, and the new trial date of **June 2, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **May 1, 2026**;

(5) the deadline for filing motions *in limine* is **May 18, 2026**, and responses to motions *in limine* or due on or before **May 26, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **May 19, 2026, at 1:30 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **May 22, 2026**.

**IT IS SO ORDERED.**

ENTER:

_____
Debra C. Poplin
United States Magistrate Judge